# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG RENARD GIBSON,

    Defendant.

Case No.: 2:25-cr-241-RFB-MDC

**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For CRAIG RENARD GIBSON (ID # 07029778)**

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
AUG 13 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **CRAIG RENARD GIBSON**, before the United States District Court at Las Vegas, Nevada, on or about Tuesday, August 26, 2025 at 2:30pm in Courtroom 3A Before US Magistrate Judge Daniel Albregts, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 13, 2025

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
MINA CHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
mina.chang@usdoj.gov
Representing the United States of America

```
_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

        AUG 13 2025

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG RENARD GIBSON,<br><br>Defendant. | Case No.: 2:25-cr-241-RFB-MDC<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>**CRAIG RENARD GIBSON**<br>**(ID # 07029778)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce **CRAIG RENARD GIBSON,** before the United States District Court on or about ____ Tuesday, August 26, 2025 at 2:30pm in Courtroom 3A Before US Magistrate Judge Daniel Albregts ____, for initial appearance regarding a Criminal Indictment.

**CRAIG RENARD GIBSON**, is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

On August 13, 2025, a federal grand jury in this District returned an Indictment in the above-captioned matter charging **CRAIG RENARD GIBSON.**

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce **CRAIG RENARD GIBSON**, before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this 13th day of August, 2025

SIGAL CHATTAH
Acting United States Attorney

By *[signature]*
MINA CHANG
Assistant United States Attorney

Attorneys for Plaintiffs
UNITED STATES OF AMERICA