**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

United States of America,

      Plaintiff,

v.

Craig Renard Gibson,

      Defendant.

No. 2:25-cr-00241-RFB-MDC

**ORDER**

The undersigned judge previously ruled that Acting U.S. Attorney Sigal Chattah was not legally appointed, and disqualified her from supervising four cases. *United States v. Garcia*, 2025 WL 2784640 (D. Nev. Sept. 30, 2025), *appeal filed*, No. 25-6229 (9th Cir. Oct. 2, 2025). Relying on this order, Defendant Craig Renard Gibson has moved to disqualify Ms. Chattah from supervising his case or to dismiss the charges against him. Doc. 26, No. 2:25-cr-00241. The government has filed a response. Doc. 28, No. 2:25-cr-00241. The motion has been referred to the undersigned judge.

The Court has granted the government's motion to stay its previous decision pending Ninth Circuit review. *See* Doc. 52, *United States v. Garcia*, No. 2:25-cr-00230. While continuing to believe that its earlier ruling regarding Ms. Chattah's appointment is correct, the Court concluded that the ruling raises novel and important questions and that the respect due a co-equal branch of government counsels in favor of staying the decision

1

until an appellate ruling can be obtained.  The Court notes that the Court of Appeals held argument on February 12, 2026.

In light of this stay, the Court will deny Defendant Gibson's motion without prejudice.  If the Ninth Circuit affirms the Court's decision to disqualify Ms. Chattah but she remains in office, the motion can be re-filed and presumably can be resolved by the presiding Nevada judge based on Ninth Circuit law.  If the Court of Appeals reverses the Court's decision, the arguments made in the motion will be moot.

**IT IS ORDERED** that Defendant Craig Renard Gibson's motion to dismiss or disqualify (Doc. 26, No. 2:25-cr-00241-RFB-MDC) is denied without prejudice to re-filing after the Ninth Circuit rules on the pending appeal.

Dated this 27th day of April, 2026.

David G. Campbell
Senior United States District Judge