CHARLES R. GOODWIN, ESQ
**GOODWIN LAW GROUP, PLLC**
6671 Las Vegas Blvd S Suite 210
Las Vegas, NV 89119
Telephone: (702) 472-9594
charles@goodwinlawgroup.net
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CASE NO. 2:25-CR-00241 |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE THE EVIDENTIARY HEARING** |
| V. | |
| CRAIG GIBSON, | |
| DEFENDANTS. | |

The parties herein, the United States and Defendant Craig Gibson, stipulate and agree that the evidentiary date set in this case for June 29th 2026, be continued to a date on or after July 13, 2026. The reasons for this stipulation are as follows:

1. Mr. Goodwin will be in trial for 2:23-cr-00113-CDS-NJK USA v. Harris. While the trial is expected to finish in a week, there is a chance it will continue to the next week making Mr. Goodwin unavailable.

2. The Government's attorney handling the hearing will not be in the jurisdiction for the 29th for pre-planned travel.

3. Mr. Gibson is aware of the conflict with Mr. Goodwin's schedule and has no opposition to a slight continuance.

The parties stipulate that the evidentiary hearing date in this matter should be continued a date on or after July 13, 2026.

Respectfully submitted this 2nd day of July, 2026.

TODD BLANCHE
Assistant United States Attorney

GOODWIN LAW GROUP

*/s/ Charles R. Goodwin*

_____

TONY LOPEZ
Deputy Chief, Criminal Division
Assistant United States Attorney

_____

CHARLES R. GOODWIN, ESQ.
Attorney for Defendant

## ORDER

**IT IS ORDERED** Based on the parties' stipulation, and good cause appearing, the Evidentiary Hearing date that is set for June 29th, 2026, is vacated and continued to August 10,  2026 at 8:30 a.m.

**IT IS FURTHER ORDERED** counsel is to file the proposed witness and exhibit lists by 8/3/2026 and shall supply the Court with a flashdrive of any possible exhibits by 8/3/2026

DATED this the 6th day of July, 2026

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Stipulation and Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: 7/2/2026

Respectfully submitted,

/s/ Charles R Goodwin
CHARLES R. GOODWIN, ESQ
Nevada Bar No. 14879
Attorney for Defendant

4