TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
GABRIEL ABEBE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.5071 / Fax: 702.388.6418
Gabriel.Abebe@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CRAIG RENARD GIBSON,

Defendant.

Case No. 2:25-cr-241-RFB-MDC

**NOTICE OF APPEARANCE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Gabriel Abebe, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated: August 3, 2026.

Respectfully Submitted,

TODD BLANCHE
Acting Attorney General

*/s/ Gabriel Abebe*
GABRIEL ABEBE
Assistant United States Attorney
Attorneys for Plaintiff